**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard Charles Bannon                          CHAPTER 7

Debtor(s)

BKY. NO. 24-14263 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
31 Mar 2025, 14:32:24, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: cdffb03f3a08c6edfde8de450598b08ee203806f85041abfd2d74eedb82c50d3