*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

| | |
|---|---|
| In Re: | Chapter: 7 |
|     Richard Charles Bannon, II | |
| Debtor(s) | Case No: 24−14263−pmm |

---

*ORDER*

AND NOW, 5/16/25 , the debtor having failed to file either a certificate regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the certificate regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 5/30/25 to file a certificate regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                  For The Court

                                                  Patricia M. Mayer

                                                  Judge, United States Bankruptcy Court