*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Richard Charles Bannon, II               Case No: 24−14263−pmm

    Debtor(s)

___

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason indicated below:

☑  The Debtor did not file certification of completion of instructional course concerning personal financial management.

☐  The Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/1/25

For The Court

Timothy B. McGrath
Clerk of Court

49
Form 205