United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 24-14263-pmm

Richard Charles Bannon, II                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                          Page 1 of 2

Date Rcvd: Jul 01, 2025                     Form ID: 205                     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Charles Bannon, II, PO BOX 50, Bryn Mawr, PA 19010-0050 |
| 14957361 | | Aqua, 762 W. Lancaster Ave, Bryn Mawr Pa 19010-3489 |
| 14957365 | + | Life, 40 E. Montgomery Ave, Ardmore Pa 19003-2421 |
| 14957360 | + | Lower Merion Township, 75 E. Lancaster Ave, Ardmore, Pa 19003-2300 |
| 14957354 | | Main Line Health, PO Box 780163, Philadelphia Pa 19178-0163 |
| 14957358 | | Pa Department of Public Welfare, Bureau of Child Support Enforcement, Hector Wolfe Bldg-Room 432, PO Box 2675, Harrisburg, Pa 17105-2675 |
| 14957359 | | Pa Dept of Revenue, Bureau of Compliance, PO Box 281230, Harrisburg Pa 17128-1230 |
| 14957351 | + | Wilmington Savings Fund Society, 425 Phillips Blvd, Ewing NJ 08618-1430 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14957361 | ^ | MEBN | Jul 02 2025 01:04:46 | Aqua, 762 W. Lancaster Ave, Bryn Mawr Pa 19010-3489 |
| 14957363 | | Email/Text: g17768@att.com | Jul 02 2025 01:08:00 | At&t Mobility, PO Box 6416, Carol Stream IL 60197-6416 |
| 14957356 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 02 2025 01:09:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14957352 | ^ | MEBN | Jul 02 2025 01:04:53 | KML Law Group P.C., ste 5000, 701 Market Street, Philadelphia Pa 19106-1541 |
| 14957355 | | Email/Text: mmrgbk@miramedrg.com | Jul 02 2025 01:09:00 | Miramed Revene Group, PO Box 1411, Carol Stream IL 60132-1411 |
| 14957362 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 02 2025 01:08:00 | PECO, 2301 Market Street, Philadelphia Pa 19103-1380 |
| 14957364 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2025 01:08:00 | Verizon, 1095 Avenue of the Americas, New York NY 10036-6704 |
| 14957350 | | Email/PDF: BankruptcynoticesDeposits@wellsfargo.com | Jul 02 2025 01:17:44 | Wells Fargo Bank, PO Box 6995, Portland, OR 97228-6995 |
| 14957349 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 02 2025 01:17:10 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14993269 | ^ | MEBN | Jul 02 2025 01:04:53 | Wilmington Savings Fund Society, FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 01, 2025 | Form ID: 205 | Total Noticed: 17

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14957367 | | IBX |
| 14957357 | | Internal Revenue Service |
| 14957366 | | Orvin Rollins |
| 14957353 | | WSFS/The Bryn Mawr Trust Company, PO Box 77404 |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Richard Charles Bannon, II                                                                              Case No: 24−14263−pmm

    Debtor(s)

___

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason indicated below:

☒ The Debtor did not file certification of completion of instructional course concerning personal financial management.

☐ The Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/1/25

For The Court

Timothy B. McGrath
Clerk of Court

49
Form 205