*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Richard Charles Bannon II<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–14263–pmm<br><br>Chapter: 7<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered June 24, 2025 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☑ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 8, 2025                      For The Court

                                                           Timothy B. McGrath
                                                           Clerk of Court

_____

Received Above material or record tile this day: July, 8, 2025
Civil Action No. 25-cv-3502                            Signature: *Steve Tomas*
   Miscellaneous     No._____          Date:7/8/25_____
Assigned to Judge John M. Younge