*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Richard Charles Bannon II ) | Case No. 24−14263−pmm |
| ) | |
| Debtor(s). ) | Chapter: 7 |
| ) | |
| ) | Civil Case Number. 25−3502 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☑ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
- ☐ Report and recommendation entered by the Honorable Patricia M. Mayer
- ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: July 31, 2025                For The Court

                                                                    Timothy B. McGrath
                                                                    Clerk of Court

---

Received Above material or record tile this day: August 6, 2025
Civil Action No. _25-cv-3502                    Signature: */s/ Steve Tomas*
  Miscellaneous   No._____        Date: 8/6/25
Assigned to Judge John M. Younge