## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| : | |
| : | C.A. NO.  25-cv-3502 |
| **RICHARD CHARLES BANNON, II** | |
| : | |
| : | BKY. NO.  24-14263 |

## ORDER

AND NOW, this 27th day of August, 2025, upon consideration of the notice from the Bankruptcy Court (Doc. No. 4),  it appearing to this Court that the Appellant in the above captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT

/s/ John Milton Younge
Hon. John M. Younge
United States District Judge