Judge Mayer,

Motion to Re-Open

Case # 24-14263

FILED
NOV 19 2025
CLERK OF COURT
DEP. CLERK

Richard C. Bannon, II

*[signature]*

11/19/2025