## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard Charles Bannon, II, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 24-14263 (PMM) |

-------------------------------------------------------------------------------------

## ORDER

**AND NOW** this *pro se* Bankruptcy Case having been closed without the entry of a

discharge on June 24, 2025;

AND the Debtor having filed a Motion to Reopen (doc. #61, the "Motion");

It is hereby **ordered** that:

1) The Motion is granted; the above-captioned case is **reopened** for the limited purpose of

allowing the Debtor to file a Certification of Instructional Course for Personal Financial

Management (the "Financial Management Course");

2) The Debtor must pay the $260.00 filing fee for the Motion, <u>see</u> doc. #62, **on or before**

**December 17, 2025 or this case will be re-closed without the entry of discharge**; and

3) The Debtor shall file the Certification of a completed Financial Management Course on

or before **January 10, 2026**.

Dated: 12/2/25

*Patricia M. Mayer*

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010