UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Richard Charles Bannon, II,** | : | |
| | : | Case No. 24-14263 (PMM) |
| Debtor . | : | |

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS A BAD FAITH FILING AND THE DEBTOR BARRED FOR ONE YEAR

**AND NOW,** upon Motion of the Debtor (doc. #61), this case having been reopened on December 2, 2025 for the limited purpose of allowing the Debtor to file a Certification of Instructional Course for Personal Financial Management, see doc. #64 (the "Order Reopening");

BUT the *pro se* Debtor having failed timely to pay the filing fee for the Motion as instructed by the Order Reopening;

AND the Debtor having failed timely to file a Certification of Instructional Course for Personal Financial Management as instructed by the Order Reopening;

AND the Debtor having filed two (2) additional bankruptcy cases;

AND thus the Debtor may be proceeding in this Court without the intent of pursuing a legitimate bankruptcy purpose;

It is therefore hereby **ORDERED** that:

1) The Debtor **SHALL APPEAR** for a hearing on **Wednesday, February 4, 2026 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be **dismissed and a one year bar order entered.**

2) Failure to appear for the hearing may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing** without further notice or hearing;

*/s/ Patricia M. Mayer*

Date:  1/12/26

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010