United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14263-pmm |
| Richard Charles Bannon, II | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard Charles Bannon, II, PO BOX 50, Bryn Mawr, PA 19010-0050 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Richard Charles Bannon, II,** | : | |
| | : | **Case No. 24-14263 (PMM)** |
| Debtor . | : | |

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AS A BAD FAITH FILING AND THE DEBTOR BARRED FOR ONE YEAR**

**AND NOW,** upon Motion of the Debtor (doc. #61), this case having been reopened on December 2, 2025 for the limited purpose of allowing the Debtor to file a Certification of Instructional Course for Personal Financial Management, see doc. #64 (the "Order Reopening");

BUT the *pro se* Debtor having failed timely to pay the filing fee for the Motion as instructed by the Order Reopening;

AND the Debtor having failed timely to file a Certification of Instructional Course for Personal Financial Management as instructed by the Order Reopening;

AND the Debtor having filed two (2) additional bankruptcy cases;

AND thus the Debtor may be proceeding in this Court without the intent of pursuing a legitimate bankruptcy purpose;

It is therefore hereby **ORDERED** that:

1) The Debtor **SHALL APPEAR** for a hearing on **Wednesday, February 4, 2026 at 9:30 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why this case should not be **dismissed and a one year bar order entered**.

2) Failure to appear for the hearing may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing** without further notice or hearing;

*[signature: Patricia M. Mayer]*

Date: **1/12/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010