# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Richard Charles Bannon, II,  : Chapter 7

: Case No. 24-14263 (PMM)

Debtor.

## ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 66) having been held and concluded on February 4, 2026;

AND the Debtor having failed to appear for the hearing or take any action in this case;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

*Patricia M. Mayer*

Date:  2/4/26

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:

Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010