United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Charles Bannon, II  
    Debtor

Case No. 24-14263-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 04, 2026      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Charles Bannon, II, PO BOX 50, Bryn Mawr, PA 19010-0050 |
| 14957365 | + | Life, 40 E. Montgomery Ave, Ardmore Pa 19003-2421 |
| 14957360 | + | Lower Merion Township, 75 E. Lancaster Ave, Ardmore, Pa 19003-2300 |
| 14957354 | | Main Line Health, PO Box 780163, Philadelphia Pa 19178-0163 |
| 14957358 | | Pa Department of Public Welfare, Bureau of Child Support Enforcement, Hector Wolfe Bldg-Room 432, PO Box 2675, Harrisburg, Pa 17105-2675 |
| 14957359 | | Pa Dept of Revenue, Bureau of Compliance, PO Box 281230, Harrisburg Pa 17128-1230 |
| 14957351 | + | Wilmington Savings Fund Society, 425 Phillips Blvd, Ewing NJ 08618-1430 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 05 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14957361 | ^ | MEBN | Feb 05 2026 00:26:04 | Aqua, 762 W. Lancaster Ave, Bryn Mawr Pa 19010-3489 |
| 14957363 | | Email/Text: g17768@att.com | Feb 05 2026 00:34:00 | At&t Mobility, PO Box 6416, Carol Stream IL 60197-6416 |
| 14957356 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 05 2026 00:34:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 14957352 | ^ | MEBN | Feb 05 2026 00:25:56 | KML Law Group P.C., ste 5000, 701 Market Street, Philadelphia Pa 19106-1541 |
| 14957355 | | Email/Text: mmrgbk@miramedrg.com | Feb 05 2026 00:34:00 | Miramed Revene Group, PO Box 1411, Carol Stream IL 60132-1411 |
| 14957362 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 05 2026 00:34:00 | PECO, 2301 Market Street, Philadelphia Pa 19103-1380 |
| 14957364 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 05 2026 00:34:00 | Verizon, 1095 Avenue of the Americas, New York NY 10036-6704 |
| 14957350 | | Email/PDF: ais.BankruptcynoticesDeposits@aisinfo.com | Feb 05 2026 00:46:53 | Wells Fargo Bank, PO Box 6995, Portland, OR 97228-6995 |
| 14957349 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 05 2026 00:46:53 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 14993269 | ^ | MEBN | Feb 05 2026 00:25:56 | Wilmington Savings Fund Society, FSB, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14957367 | | IBX |
| 14957357 | | Internal Revenue Service |
| 14957366 | | Orvin Rollins |
| 14957353 | | WSFS/The Bryn Mawr Trust Company, PO Box 77404 |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Richard Charles Bannon, II,**         :     Chapter 7
                                                :
                                                :     Case No. 24-14263 (PMM)
                                                :
**Debtor.**

## ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 66) having been held and concluded on February 4, 2026;

AND the Debtor having failed to appear for the hearing or take any action in this case;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

*/s/ Patricia M. Mayer*

**Date:  2/4/26**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Richard Charles Bannon, II
PO BOX 50
Bryn Mawr, PA 19010